

**Service of Process Transmittal**
10/02/2019
CT Log Number 536359660

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Florida**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DEBRA SILCK, PLTF. vs. TARGET CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Indian River County Circuit Court, FL<br>Case # 312019CA000759XXXXXX |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/12/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/02/2019 at 14:40 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this summons on said defendant, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | JASSE H. LARSEN<br>TUTTLE LAW, P.A.<br>3617 20th STREET<br>VERO BEACH, FL 32960<br>772-563-0032 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/03/2019, Expected Purge Date: 10/08/2019<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / RK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Exhibit 2**

IN AND FOR THE CIRCUIT COURT OF INDIAN RIVER COUNTY, FLORIDA

DEBRA SILCK and WILLIAM OLSSON, her husband,

CASE NO. 312019CA000759XXXXXX

10/2/19
2:37pm
Cy#262

Plaintiff,

v.

TARGET CORPORATION,

Defendant.
_____/

**SUMMONS**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in the above styled cause upon the following defendant, to-wit:

                TARGET CORPORATION
by serving:   CT Corporation System, as Registered Agent
                1200 South Pine Island Road
                Plantation, Florida 33324

Said defendant is required to serve written defenses to the Complaint on Jesse H. Larsen, Esquire, Plaintiffs attorney, whose address is:

                Tuttle Law, P.A.
                3617 20th Street
                Vero Beach, FL 32960

within 20 days after service of this Summons on said defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court this     day of September, 2019.

                                      Jeffrey R Smith

                                        Clerk of the Court  09/26/2019

(COURT SEAL)                      BY: _____



**IMPORTANT**

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below:

Tuttle Law, P.A.
3617 20= Street
Vero Beach, FL 32960

**IMPORT ANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del trunal. Existen otros requisitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de letelphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la caus ainsi que votre salaire, votre argent, et vos biens peuvent etre saisais par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vour ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant al' annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN AND FOR THE CIRCUIT COURT OF INDIAN RIVER COUNTY, FLORIDA

DEBRA SILCK,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

CASE NO. 312019CA000759

## COMPLAINT

Plaintiff, DEBRA SILCK, sues Defendant, TARGET CORPORATION, and alleges:

1. This is an action for damages which exceed $15,000.00, exclusive of costs, interest and attorneys' fees.

2. Plaintiff, DEBRA SILCK, at all times material to this action, was a resident of Indian River County, Florida.

3. Defendant, TARGET CORPORATION, at all times material to this action, was a Florida Profit Corporation registered to do and doing business in the State of Florida.

4. At all times material to this action, Defendant, TARGET CORPORATION, owned and operated a store front located at 5800 20th Street, Vero Beach, Indian River County, Florida.

5. On or about December 12, 2018, Plaintiff, DEBRA SILCK, was an invitee at the Target store located at 5800 20th Street, Vero Beach, Indian River County, Florida.

6. Defendant, TARGET CORPORATION, negligently maintained the premises by failing to provide a safe, accessible route to and from the business, therefore creating a dangerous condition.

7. At said time and place, Plaintiff, DEBRA SILCK was injured when she exited the store and fell in Defendant's primary path of ingress/egress when she encountered rolled curb which contained excessive sloping.

8. It was the duty of the Defendant, TARGET CORPORATION, to maintain the premises in a safe condition for its invitees, including the Plaintiff.

9. At said time and place, Defendant, TARGET CORPORATION, breached its duty to Plaintiff, DEBRA SILCK, by negligently failing to maintain the area under its control, failing to protect or warn Plaintiff of a hazardous and dangerous condition, and failing to correct the hazardous condition.

10. The Plaintiff's accident was a direct and proximate result of Defendant's disregard of its duty to Plaintiff, DEBRA SILCK, who at all times, exercised due care.

11. As a result of the aforementioned negligence, Plaintiff, DEBRA SILCK, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are

permanent and continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, DEBRA SILCK demands judgment against Defendant, TARGET CORPORATION, for damages, costs of this action and such other and further relief as this Court may deem meet and just.

**DATED** this 25th day of September, 2019.

> TUTTLE LAW, P.A.
>
> /s/ Jesse H. Larsen
> Douglas W. Tuttle, Esquire
> Florida Bar No. 0956066
> dtuttle@verobeachinjurylaw.com
> Dana C. Larsen, Esquire
> Florida Bar No. 117807
> dlarsen@verobeachinjurylaw.com
> Jesse H. Larsen, Esquire
> Florida Bar No. 86062
> jlarsen@verobeachinjurylaw.com
> 3617 20th Street
> Vero Beach, Florida   32960
> (772) 563-0032
> (772) 563-2134(FAX)
> Attorneys for Plaintiff